# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-893
Lower Tribunal No. 18-17225
_____

## Norman George Moodie, LLC, et al.,
Appellants,

vs.

## Helen Aggfelt,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Law Office of Richard G. Chosid, and Richard G. Chosid (Lighthouse Point), for appellants.

Cristina Duarte, P.A., and Maria Cristina Duarte, for appellee.

Before FERNANDEZ, C.J., and HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.